McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE SPENCER,<br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | CIVIL NO. 2:08-cv-00047-EFB<br><br>STIPULATION AND PROPOSED ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated below, that defendant shall have a first extension of time of 30 days to file his Answer to plaintiff's complaint. The original due date of May 14, 2008, shall be extended to June 13, 2008. The court's scheduling order shall be modified accordingly.

```
 1
 2  DATE: 5/30/08                    /s/ Bess M. Brewer (as authorized
                                     by phone May 30, 2008)
 3                                   BESS M. BREWER
                                     Attorney at Law
 4
                                     Attorney for Plaintiff
 5
 6  DATE: 5/30/08                    McGREGOR W. SCOTT
                                     United States Attorney
 7                                   LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
 8
                               By:   /s/ Leo R. Montenegro
 9                                   LEO R. MONTENEGRO
                                     Special Assistant U.S. Attorney
10
                                     Attorneys for Defendant
11
12
13
14                                   ORDER
15
        APPROVED AND SO ORDERED.
16
17  DATED:  June 3, 2008.
18                                   _____
                                     EDMUND F. BRENNAN
19                                   UNITED STATES MAGISTRATE JUDGE
```