BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAULINE SPENCER**<br>**SSN: XXX-XX-0030**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | **CASE NO. CIV-08-47 EFB**<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 31, 2008, to October 24, 2008.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid-October 2008.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: July 21, 2008 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: July 25, 2008    McGregor W. Scott

United States Attorney

/s/   Leo Montenegro
LEO MONTENEGRO

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  August 5, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE